IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES VAN SICKLE,** | 2:15-CV-07865 JAK JPR |
| Plaintiff, | **JUDGMENT** |
| **v.** | **JS-6** |
| **PAULETTE FINANDER, JUNAID FITTER, SUSAN MORRIS, K. BEECJ, & R. WARREN,** | |
| Defendants. | |

ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's Order dated March 6, 2017, issued at the hearing on the Motion to Dismiss filed by Defendants, Paulette Finander and Susan Morris, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:  March 27, 2017

_____

John A. Kronstadt
United States District Judge